C O M P L A I N T

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
A FEDERAL QUESTION
CIVIL   DIVISION

Donald White
301 Michigan Street
Pgh.,Pa 15210
    Plaintiff,

     v.

Duquesne University
600 Forbes Avenue
Pgh.,PA 15282
    Defendant.
Timothy O'Reilly
Court of Common Pleas
114 Courthouse
436 Grant Street
Pgh.,PA 15219
    Defendant/Duquense University Alumni
Edward J. Borkowski
Court of Common Pleas
114 Courthouse
436 Grant Street
Pgh.,PA 15219
    Defendant/Duquense University Alumni

Category In Which Case Belongs:

Blackballing as Retaliation.

Bribery    /    Extortion / Counterfeiting

Case: 1:18-cv-00842   F Deck
Assigned To : Unassigned
Assign. Date : 4/4/2018
Description: Pro Se Gen. Civil

ABSTRACT
Your petitioner avers in abstract to contemporaneously confirm that the equitable court hear allegations stemming from contracts made by educational institution afore-captioned above herein referred to as co-defendant in this complaint duly alleged to have unlawfully paid Charles Driesell as previously retained at University of Maryland as Head Basketball Coach to sabotage collegiate student-athlete career of plaintiff all of which stemming from your plaintiff having decided to not accept a student-athlete scholarship to attend Duquesne University.
Duquesne University in promulgated concurrence with Timothy O'Reilly and Edward J. Borkowski continue to blackball your plaintiff in violation of Fair Labor Standard Act by application of blackballing tactics impeding employment.
FEDERAL QUESTION is applicable to these substantive allegations in lieu of extortion from federal government account has led to additional bribery conditioned by counterfeiting commencing from 2017 to present timeline

RESPECTFULLY SUBMITTED,

/s/ Donald White
301 Michigan Street
Pgh.,PA 15210
p. 412-513-7913.

APR - 4 2018